### GUY *et al.* v. GUY.

No. 4664.    Opinion Filed June 8, 1915.
(149 Pac. 1193.)

*Error from District Court, Marshall County;*

*A. H. Ferguson, Judge.*

Action between Thomas J. Guy and another and Zora Guy. From the judgment, the parties first mentioned bring error. Dismissed.

*Albert W. Rison,* for plaintiffs in error.

*Geo. E. Rider,* for defendant in error.

Opinion by MATHEWS, C. This cause was filed in the Supreme Court on December 19, 1912. The plaintiff in error has failed to file briefs herein. The appeal will be dismissed for that reason at plaintiffs in error's cost.

By the Court: It is so ordered.